IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 08-cv-00190-AP

JAY R. BURNS,

    Plaintiff,

v.

MICHAEL J. ASTRUE, Commissioner of Social Security,

    Defandant,

---

**JOINT CASE MANAGEMENT PLAN FOR SOCIAL SECURITY CASES**

---

1.    APPEARANCES OF COUNSEL AND *PRO SE* PARTIES

    **For Plaintiff**:

    Michael W.Seckar, Esq.
    402 W. 12th Street
    Pueblo, CO 81003
    719-543-8636
    seckarlaw@mindspring.com

    **For Defendant:**

    TROY A. EID
    United States Attorney

    By:    **s/Kevin T. Traskos**
           Kevin T. Traskos
           Assistant United States Attorney
           1225 Seventeenth Street, Ste 700
           Denver, CO 80202
           (303) 454-0100
           (303) 454-0408 (facsimile)
           kevin.traskos@usdoj.gov

1. **STATEMENT OF LEGAL BASIS FOR SUBJECT MATTER JURISDICTION**

    The Court has jurisdiction based on section 205(g) of the Social Security Act, 42 U.S.C. 405(g).

2. **DATES OF FILING OF RELEVANT PLEADINGS**

    **A.** Date Complaint Was Filed**: 01/30/08.**
    **B.** Date Complaint Was Served on U.S. Attorney's Office**: 2/11/08.**
    **C.** Date Answer and Administrative Record Were Filed**: 4/11/08 (Answer) and 4/15/08 (Administrative Record).**

3. **STATEMENT REGARDING THE ADEQUACY OF THE RECORD**

    **The parties, to the best of their knowledge, state that the administrative record is complete and accurate.**

4. **STATEMENT REGARDING ADDITIONAL EVIDENCE**

    **Neither party intends to submit additional evidence.**

5. **STATEMENT REGARDING WHETHER THIS CASE RAISES UNUSUAL CLAIMS OR DEFENSES**

    **The parties, to the best of their knowledge, do not believe the case raises unusual claims or defenses.**

6. **OTHER MATTERS**

    **The parties have no other matters to bring to the attention of the court.**

7. **BRIEFING SCHEDULE**

    Because of workload and scheduling conflicts, the parties respectfully respect briefing to commence later than 40 days after the filing of this Joint Case Management Plan, as follows**:**

    **A.** Plaintiff's Opening Brief Due**:** **June 11, 2008**
    **B.** Defendant's Response Brief Due**: July 11, 2008.**
    **C.** Plaintiff's Reply Brief (If Any) Due**:** **July 26, 2008.**

1.  **STATEMENTS REGARDING ORAL ARGUMENT**

    A.  Plaintiff's Statement**:**
        **Plaintiff does not request oral argument.**

    B.  Defendant's Statement**:**
        **Defendant does not request oral argument.**

    2.  **CONSENT TO EXERCISE OF JURISDICTION BY MAGISTRATE JUDGE**

    *Indicate below the parties' consent choice*.

    A.  ( )  All parties have consented to the exercise of jurisdiction of a United States Magistrate Judge.
    B.  (X) All parties have not consented to the exercise of jurisdiction of a United States Magistrate Judge.

3.  **OTHER MATTERS**

    THE PARTIES FILING MOTIONS FOR EXTENSION OF TIME OR CONTINUANCES MUST COMPLY WITH D.C.COLO.LCivR 7.1(C) BY SUBMITTING PROOF THAT A COPY OF THE MOTION HAS BEEN SERVED UPON THE <u>MOVING ATTORNEY'S CLIENT</u>, ALL ATTORNEYS OF RECORD, AND ALL PRO SE PARTIES.

4.  **AMENDMENTS TO JOINT CASE MANAGEMENT PLAN**

The parties agree that the Joint Case Management Plan may be altered or amended only upon a showing of <u>good cause</u>.

DATED this <u>24th</u> day of April, 2008.

BY THE COURT:

<u>S/John L. Kane</u>
U.S. DISTRICT COURT JUDGE

**APPROVED:**

| **For Plaintiff:** | **For Defendant:** |
|---|---|
| s/Michael W. Seckar | TROY A. EID |
| Michael W.Seckar, Esq. | United States Attorney |
| 402 W. 12th Street | 1225 Seventeenth Street, Ste 700 |
| Pueblo, CO 81003 | Denver, CO 80202 |
| 719-543-8636 | 303-454-0100 |
| seckarlaw@mindspring.com | 303-454-0408 (facsimile) |
| | |
| | **s/Kevin T.Traskos** |
| | Kevin T. Traskos |
| | Assistant United States Attorney |
| | 1225 Seventeenth Street, Ste. 700 |
| | Denver, CO 80202 |
| | 303-454-0100 |
| | 303-454-0408 (facsimile) |
| | kevin.traskos@usdoj.gov |
| | |
| | OF COUNSEL: |
| | Alexess D. Rea |
| | Assistant Regional Counsel |
| | 1961 Stout Street, Ste 1001-A |
| | Denver, CO 80294 |
| | 303-844-7101 |